| | |
|---|---|
| 1 | ISMAIL J. RAMSEY (CABN 189820)<br>United States Attorney |
| 2 | |
| 3 | MARTHA BOERSCH (CABN 126569)<br>Chief, Criminal Division |
| 4 | MICHAEL G. PITMAN (DCBN 484164)<br>Assistant United States Attorney |
| 5 | 60 South Market Street, Suite 1200<br>San Jose, CA 95113 |
| 6 | Telephone: (408) 535-5040<br>Facsimile: (408) 535-5081 |
| 7 | Email: michael.pitman@usdoj.gov |
| 8 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) No. 5:19-cr-00481-EJD |
|---|---|
| Plaintiff, | ) NOTICE OF SUBSTITUTION OF COUNSEL |
| v. | ) |
| MICHAEL DONAHE, | ) |
| Defendant. | ) |

The United States hereby files this Notice of Substitution of Counsel to advise the Court that Assistant United States Attorney Michael G. Pitman appears in this matter in substitution of Maia Taussig Perez. Future ECF notices should be sent to Mr. Pitman with the contact information displayed above. Ms. Perez should be removed from the list of persons to be noticed.

DATED: 1/24/25

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

/s Michael G. Pitman
MICHAEL G. PITMAN
Assistant United States Attorney

NOTICE OF SUBSTITUTION OF COUNSEL    1    v. 11/1/2018
5:19-cr-00481-EJD